IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Antwan D. Grayson, | ) | C/A No.: 1:22-2029-JD-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCDOC Ronnie Williams, Mr. Hunter Peterson, Mrs. Dr. Torrez, and Mrs. Shiver, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Antwan D. Grayson ("Plaintiff"), proceeding pro se, filed this case on June 27, 2022, on claims pursuant to 42 U.S.C. § 1983, arguing he was not kept safe from other inmates while incarcerated at Broad River Correctional Institution, leading to an assault. This matter comes before the court on Plaintiff's motion to compel. [ECF No. 97]. Correctional officers Ronnie Williams ("Williams") and Hunter Peterson ("Peterson") (collectively "Defendants") oppose Plaintiff's motion. [ECF No. 102]. Plaintiff filed no reply, and the time to do so has expired. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civ. Rule 73.02(B)(2)(d) (D.S.C.), this matter has been referred to the undersigned for all pretrial proceedings.

Plaintiff argues that he has not received answers to his first set of requests for interrogatories directed to Williams and seeks the court to

compel Defendants to produce certain documents. [ECF No. 97, *see also* ECF No. 97-1].

Defendants represent that they first received Plaintiff's discovery requests on October 3, 2022, and have been working diligently to respond to those requests. [ECF No. 102 at 1]. Additionally, Defendants represent they have fully responded to Plaintiff's first set of requests for production for Williams and Peterson and Plaintiff's first set of interrogatories for Williams. *Id.* at 1–2. Defendants conclude "Plaintiff's Discovery requests have been fully responded to and there remains no outstanding Discovery." *Id.*

Based on Defendants' representations, it appears Plaintiff's motion to compel has been rendered moot. Therefore, the undersigned denies Plaintiff's motion to compel as moot. [ECF No. 97].

IT IS SO ORDERED.

March 6, 2023  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge